IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-01632-LTB-MEH

JANA CHRISTENSEN,

    Plaintiff,

v.

UNITED RESOURCE SYSTEMS, INC.,

    Defendant.

___

ORDER
___

This case is before me on Defendant's Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) [Doc # 2]. By this motion, Defendant argues that Plaintiff's claims under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 - 1692p, should be dismissed because Plaintiff is not the real party in interest with respect to these claims as a result of her Chapter 7 bankruptcy filing.

Defendant's motion was filed on November 19, 2007. On December 10, 2007, Plaintiff moved for an extension of time to respond to Defendant's motion so that she could determine how the bankruptcy trustee intended to proceed with respect to her FDCPA claims against Defendant. In this motion, Plaintiff acknowledged that these claims were listed as assets of the estate in her bankruptcy case.

Plaintiff's motion for an extension of time was granted, and she was given until January 9, 2008 to respond to Defendant's motion. As of the date of this Order, however, Plaintiff has not responded to Defendant's motion. It is nonetheless clear from the pleadings filed to date that

Plaintiff is not the real party in interest with respect to her FDCPA claims against Defendant and that these claims therefore fail to state claims upon which relief may be granted.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendant's Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) [Doc # 2] is GRANTED;

2. Plaintiff's claims against Defendant are DISMISSED WITH PREJUDICE; and

3. Defendant shall be awarded its costs.


Dated: March   5   , 2008, in Denver, Colorado.

BY THE COURT:

　　s/Lewis T. Babcock　　　　　　
LEWIS T. BABCOCK, JUDGE