IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-01632-LTB-MEH

JANA CHRISTENSEN,

        Plaintiff,

v.

UNITED RESOURCE SYSTEMS, INC.,

        Defendant.

_____

ORDER
_____

Upon Defendant's Response in Opposition to Plaintiff's Motion for Relief (Doc 9), it is

ORDERED that Plaintiff's Motion to Vacate Order on Motion to Dismiss or to Amend Order (Doc 7) is DENIED WITHOUT PREJUDICE.

                              BY THE COURT:

                              s/Lewis T. Babcock
                              LEWIS T. BABCOCK, JUDGE

DATED: April 3, 2008